FILED
CLERK, U.S. DISTRICT COURT

AUG 2 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>ANGELA SUE RUD,<br>　　　　Defendant. | Case No. SA 09-395M<br>ORDER OF DETENTION<br>[Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |

　　　The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Jeffrey T. Miller, United States District Judge, of the United States District Court for the Southern District of California, for an alleged violation of the terms and conditions of the defendant's supervised release; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),  The Court finds that:

A.　(X)　The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the nature of the charged offense, the defendant's lack of bail resources and the nature of the charge offense, which indicates the defendant is unlikely to comply with conditions of release; and

///

1  B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that s/he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense and his criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings in the charging district.

Dated: August 26, 2009

                /s/    Arthur Nakazato
                ARTHUR NAKAZATO
        UNITES STATES MAGISTRATE JUDGE