```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                    AUG - 3 2010

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 10-191-VBF-1 |
|---|---|
| Plaintiff, | ) **ORDER OF DETENTION AFTER** |
| v. | ) **HEARING** |
| ANGELA RUD, | ) Fed. R. Crim. P. 32.1(a)(6) |
| Defendant. | ) [Allegations of Violations of Probation or Supervised Release or Conditions of Release] |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

(A)   (✔)   the appearance of defendant as required; and/or

(B)   (✔)   the safety of any person or the community.

/

The Court concludes:

A.  (✔)  Defendant poses a risk to the safety of other persons or the community because of Defendant's repeated violations, including use of narcotics, and Defendant's criminal history. Defendant has not demonstrated otherwise by clear and convincing evidence.

B.  (✔)  Defendant is a flight risk because of Defendant's repeated violations *while under Court-ordered supervised release*. Defendant has not demonstrated otherwise by clear and convincing evidence.

IT IS ORDERED that Defendant be detained.

DATED: August 3, 2010

_____
HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE