FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 30 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          vs.<br><br>Ruy, Angela Sue<br><br>          Defendant. | Case No.: CR 10-191-VBF<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the   CD   CA                              , for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  Bqckyrd, cmty ties unknown; bail resources unknown; assoc w/multple personal identifiers; history of noncompliance with

1   _supervision conditions; substance abuse history_
2   _and apparent ongoing substance abuse problem_
3   and/or
4  B.  [X] The defendant has not met his/her burden of establishing by clear and
5   convincing evidence that he/she is not likely to pose a danger to the safety of any
6   other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7   finding is based on _alleged commission of new offenses_
8   _while under supervision; substance abuse_
9   _history_
10
11
12
13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: _11/30/11_
17                                    ROBERT N. BLOCK
                                      UNITED STATES MAGISTRATE JUDGE
18
...
28